**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Malcolm MOORE, Defendant-Appellant.**

**No. 82–1004.**

United States Court of Appeals,
Ninth Circuit.

April 5, 1984.

E. Richard Walker, Asst. Federal Defender, Sacramento, Cal., for defendant-appellant.

Brian C. Leighton, Asst. U.S. Atty., Fresno, Cal., for plaintiff-appellee.

Before WALLACE, KENNEDY, and NELSON, Circuit Judges.

ORDER

The opinion, *United States v. Moore*, 9th Cir., 700 F.2d 535 (1983), is amended as

follows: Replace the sentence on page 536 "Moore, testified Cardwell, helped steal the getaway car" with "Moore did not testify. The evidence was that he helped steal the getaway car."